# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OUTSIDE THE BOX INNOVATIONS, LLC, d/b/a UNION RICH USA<br><br>    Plaintiff,<br><br>v.<br><br>TRAVEL CADDY, INC., and ROOSTER PRODUCTS d/b/a THE ROOSTER GROUP<br><br>    Defendants.<br>_____<br><br>TRAVEL CADDY, INC.,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>OUTSIDE THE BOX INNOVATIONS, LLC, d/b/a UNION RICH USA,<br><br>UNION RICH PLASTIC FACTORY, LTD.,<br><br>BONAKA PLASTIC MANUFACTURING CO., LTD., and<br><br>BONAKA LIMITED<br><br>    Counter-Defendants.<br>_____ | Civil Action No.<br>1:05-CV-2482-ODE<br><br><br><br><br>**UNION RICH *ET AL.*'S RESPONSE IN OPPOSITION TO TRAVEL CADDY/ROOSTER'S MOTION TO STRIKE (N.D.GA. DOCUMENT NO. 367)** |

1

This is Union Rich *et al.*'s response in opposition to Travel Caddy/Rooster's unnecessary and after-the-fact motion to strike Union Rich *et al.*'s Sherman Act claims (paragraphs 52-70) of their Second Amended Answer and Counterclaim (N.D.Ga. Document No. 336).

Contrary to Travel Caddy/Rooster's hasty and erroneous contention, Union Rich *et al*. did not *file* their Second Amended Answer and Counterclaim on January 11, 2007. Instead, this Honorable Court <u>entered</u> the subject pleading on January 11, 2007, based upon the Court's Orders of December 14-15, 2006, which granted-in-part and denied-in-part Union Rich *et al*. underlying motion for leave to file (N.D.Ga. Document No. 203).

Specifically, and pursuant to the Court's Orders, leave to file herein the <u>Walker Process</u> count (i.e., violation of the antitrust laws based upon Travel Caddy/Rooster's fraud on the Patent Office) was denied. Accordingly, Travel Caddy/Rooster was not, and is not, required to answer said Sherman Act claims (paragraphs 52-70) of Union Rich *et al.*'s pleading. Thus, the Court has already addressed the matter set forth in Travel Caddy/Rooster's unnecessary motion to strike.

Yet additionally, on or about January 8, 2007, and in light of the Court's Orders of December 14-15, 2006, counsel for Union Rich *et al*. contacted the Court

Chambers and confirmed with Her Honor's Clerk that it would be unnecessary for Union Rich *et al.* to file a newly amended pleading extracting the antitrust claim.

Wherefore, Travel Caddy/Rooster's Motion to Strike is improper and unnecessary, and should thus be denied.

Respectfully submitted this 31st day of January, 2007.

/Ashish D. Patel/
Ashish D. Patel
Georgia Bar No. 565894

Myers & Kaplan
Intellectual Property Law, L.L.C.
1899 Powers Ferry Road, Suite 310
Atlanta, GA 30339
Tel. (770) 541-7444
Fax  (770) 541-7448
Counsel for Union Rich *et al.*

## CERTIFICATION

Pursuant to Local Rule 7.1D, counsel for Union Rich *et al.* hereby certifies that this paper has been prepared in Times New Roman Font in 14 point type.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OUTSIDE THE BOX INNOVATIONS, LLC, d/b/a UNION RICH USA | ) ) ) |
| Plaintiff, | ) Civil Action No. ) 1:05-CV-2482-ODE |
| v. | ) ) |
| TRAVEL CADDY, INC., and ROOSTER PRODUCTS d/b/a THE ROOSTER GROUP | ) ) ) ) |
| Defendants. _____ | ) ) ) |
| TRAVEL CADDY, INC., | ) ) |
| Counter-Plaintiff, | ) ) |
| v. | ) ) |
| OUTSIDE THE BOX INNOVATIONS, LLC, d/b/a UNION RICH USA, | ) ) ) |
| UNION RICH PLASTIC FACTORY, LTD., | ) ) |
| BONAKA PLASTIC MANUFACTURING CO., LTD., and | ) ) ) |
| BONAKA LIMITED | ) ) |
| Counter-Defendants. _____ | ) ) ) |

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Union Rich et al.'s Response in Opposition to Travel Caddy/Rooster's Motion to Strike (N.D.Ga. Document No. 367)* was electronically filed via CM/ECF in the United States District Court for the Northern District of Georgia, with notice of same being electronically served by the Court to the following:

>G. Melton Mobley, Jr.
>Lokey, Mobley and Doyle, LLP
>8425 Dunwoody Place
>Atlanta, GA 30350
>
>Jon O. Nelson
>Banner & Witcoff
>10 South Wacker Drive, 30th Floor
>Chicago, IL 60606

Respectfully submitted this 31st day of January, 2007.

>/Ashish D. Patel/
>Ashish D. Patel
>Georgia Bar No. 565894

Myers & Kaplan
Intellectual Property Law, L.L.C.
1899 Powers Ferry Road, Suite 310
Atlanta, GA 30339
Tel. (770) 541-7444
Fax  (770) 541-7448
Counsel for Union Rich *et al*.